UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | LA CV14-07800 JAK (AJWx) | Date | May 8, 2015 |
|---|---|---|---|
| Title | William Hunt v. Alexander Haun, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS) ORDER REMANDING ACTION (JS-6)

William Hunt ("Plaintiff"), a California citizen, brought this action against Alexander Haun ("Defendant") and mbm Systems GmbH ("mbm") in the Santa Barbara Superior Court. Dkt. 1. The action was removed by mbm, a German corporation, before Haun was served. *Id.* The basis for removal was diversity jurisdiction under 28 U.S.C. §§ 1332 & 1441. *Id.* Plaintiff and mbm subsequently stipulated to dismiss the claims as to mbm. Dkts. 12, 13.

Plaintiff contends that, although Haun now resides in Germany and Scotland, at the time the Santa Barbara action was filed, he was a California citizen. Dkt. 15. Thus, it is Plaintiff's position that, after mbm was dismissed, diversity jurisdiction was lacking and remand was necessary. *Id.* On January 9, 2015, it was ordered that, upon the filing of proof of service of Defendant, this matter would be remanded to the Santa Barbara Superior Court. Dkt. 16. On May 1, 2015, Plaintiff filed a proof of service of Defendant. For the reasons stated in the January 9, 2015 Order, this action is **REMANDED** to the Santa Barbara Superior Court at its Santa Barbara Courthouse.

**IT IS SO ORDERED.**

:

Initials of Preparer      ak